UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL ROBINSON,

                Petitioner,

-against-

DANIEL SENKOWSKI,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
99-CV-0256 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 2 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on April 28, 2006, denying petitioner's petition for a writ of habeas corpus without a hearing; and ordering that no Certificate of Appealability is granted; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's petition for a writ of habeas corpus without a hearing; and that no Certificate of Appealability is granted.

Dated: Brooklyn, New York
       May 01, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court